UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GENERAL MOTORS LLC ) | NO. 14-MD-2543 (JMF) |
| IGNITION SWITCH LITIGATION ) | |
| ) | HON. JESSE M. FURMAN |
| *This Document Relates to the Plaintiffs in the* ) | |
| *Actions Listed on the Attached Exhibit A* ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against all General Motors LLC and all other defendants. The dismissal by each of the plaintiffs listed in Exhibit A is intended to include the lawsuit identified in Exhibit A as well as any other lawsuit brought against General Motors LLC and all other defendants by the identified plaintiff related to or arising out of the same incident or occurrence. Costs taxed as paid.

Pursuant to Order 165, Counsel hereby certifies that Court approval of the settlement was not required for the plaintiffs listed in Exhibit A.

General Motors LLC consents and stipulates to the dismissal with prejudice of these plaintiffs' actions.

Dated: March 3, 2020                                Respectfully Submitted,

                                                    BAILEY COWAN HECKAMAN PLLC


                                                    */s/ K. Camp Bailey*
                                                    K. Camp Bailey
                                                    Texas Bar No. 24006782
                                                    Robert W. Cowan

Texas Bar No. 24031976
Laurence Tien
Texas Bar No. 24003057
5555 San Felipe St., Suite 900
Houston, Texas 77056
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
cbailey@bpblaw.com
rcowan@bpblaw.com
ltien@bpblaw.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I, K. Camp Bailey, hereby certify that on March 3, 2020, I electronically filed the foregoing Motion using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

Dated: March 3, 2020                                          Respectfully Submitted,

*/s/ K. Camp Bailey*
K. Camp Bailey

The Clerk of Court is directed to docket this in 14-MD-2543 and the member cases listed in Exhibit A.  The Clerk of Court is further directed to terminate as parties in both 14-MD-2543 and their respective member cases all plaintiffs listed in Exhibit A and, if no active plaintiffs remain in any member case, to close that case.  SO ORDERED.

March 4, 2020

# EXHIBIT A

| No. | Last Name | First Name | Case Style | Case No. |
|---|---|---|---|---|
| 1 | Athey | Anthony | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 2 | Boyd | Sonia | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 3 | DeMott | Matthew | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 4 | Hans | Mary | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 5 | Hinojos | Angela | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 6 | Jaynes | Mae | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 7 | Lindsay | William | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 8 | Manuel | Jacqueline | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 9 | McCoy | Phyllis | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 10 | Moran | Vincent | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 11 | Pendleton | Kenyatta | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 12 | Shabazz | Muhammad | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 13 | Smith | Kevin | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 14 | Speed | Alexander | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 15 | Speed | Alexander | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 16 | Taylor | Johnathan | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 17 | Vaquerano-Garcia | Edith | Athey, et al v. General Motors, LLC | 1:16-CV-03105 |
| 18 | Gayten | Halle | Atz, et al v. General Motors, LLC | 1:15-CV-05222 |
| 19 | Hilton | Jackie | Atz, et al v. General Motors, LLC | 1:15-CV-05222 |
| 20 | Isaac | Rodney | Atz, et al v. General Motors, LLC | 1:15-CV-05222 |
| 21 | May | Tammy | Atz, et al v. General Motors, LLC | 1:15-CV-05222 |
| 22 | McNeal | Robin | Atz, et al v. General Motors, LLC | 1:15-CV-05222 |
| 23 | Bermudez | Paul | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 24 | Carney | Lovie | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 25 | Carter | Amber | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 26 | Conner | Joseph | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 27 | Dixon | David | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 28 | Drane | Christa | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 29 | Forbes | Troy | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 30 | Harris | Freda | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 31 | Heuring | Patricia | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 32 | Hicks | Mary | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 33 | Kappell | Austin | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 34 | Lavergne | Terrance | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 35 | Linton | Samantha | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 36 | Miller | Loretta | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 37 | Scott | Jeremy | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 38 | Simon | Lisa | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |

| | | | | |
|---|---|---|---|---|
| 39 | Smith | Linda | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 40 | Thorpe | Brittany | Bermudez, et al v. General Motors, LLC | 1:15-CV-02644 |
| 41 | Ankrum | Richard | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 42 | Barker | Darrell | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 43 | Blevins | Elease | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 44 | Bradstreet | Buddy | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 45 | Bradstreet | Kelly | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 46 | Bradstreet | Todd | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 47 | Cameron | Sidney | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 48 | Cavitt | James | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 49 | Cavitt | Sheila | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 50 | Darling | Melinda | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 51 | Dowling | Meryet | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 52 | Ford | Tim | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 53 | Frazier | Imari | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 54 | Freeman | Jena | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 55 | Gray | Chad | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 56 | Guyse | Shala | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 57 | Hawkins | Eric | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 58 | Hill | Stephanie | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 59 | Isaman | Cheryl | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 60 | Johnson | Robert | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 61 | Jones | Jerry | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 62 | Jones | Sarah | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 63 | Jones | Sheba | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 64 | May | Robert | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 65 | McHargue | Barbara | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 66 | Newman | Donald | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 67 | Ramirez | Eric | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 68 | Robinson | Jennifer | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 69 | Rogers | Barry | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 70 | Rosen | Pamela | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 71 | Samayoa | Cynthia | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 72 | Smith | Letitia | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 73 | Spang | Ilene | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 74 | Story | Melody | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 75 | Ten Fingers | Gilson | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 76 | Valdez | Bernadette | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 77 | Vickerson | Joshua | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 78 | Watts | Jerome | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 79 | Webster | Angela | Brown, et al v. General Motors, LLC | 16-CV-05947 |
| 80 | Barber | Penny | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 81 | Brownley | Jared | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 82 | Butcher | Marion | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |

| | | | | |
|---|---|---|---|---|
| 83 | Carroll | Michael | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 84 | Coon | James | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 85 | Coon | Tonia | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 86 | Dudley | Elizabeth | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 87 | Erickson | Kimberly | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 88 | Folmar | Kevin | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 89 | Harper | Chantell | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 90 | Harris | Amber | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 91 | Kunshier | Andrew | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 92 | Maiden | Jake | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 93 | Mangum | David | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 94 | McClure | Robert | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 95 | Middle | Jennifer | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 96 | Morrison | Brianna | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 97 | Tassell | Ella | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 98 | Watson | Scott | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 99 | West | Donald | Carroll, et al v. General Motors, LLC | 1:15-CV-08324 |
| 100 | DeWolf | Christopher | Christopher DeWolf v. General Motors, LLC | 1:18-cv-01007 |
| 101 | Barrera | Bernice | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 102 | Bias | Charlotte | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 103 | Douglas | Marilyn | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 104 | Gholston | Charrles | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 105 | Henninger | Carol | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 106 | Herrera | Andrew | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 107 | Jenkins | Cora | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 108 | Lakits | Beverly | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 109 | Leduff | Kensha | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 110 | Luna | Joshua | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 111 | Nelson | Jill | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 112 | New | Norma | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 113 | Payton | Davetta | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 114 | Prebilski | Stacey | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 115 | Schofield | Frank | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 116 | Smith | Bryce | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 117 | Truitt | Alice | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 118 | Williams | Herman | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 119 | Williams | Petetoria | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 120 | Zias | Rose | Danley, et al v. General Motors, LLC | 1:15-CV-04647 |
| 121 | Alphonse | Tiffany | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 122 | Bowen | Evelyn | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 123 | Carlos | Omar | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 124 | Dillabough | Clint | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 125 | Fulp | Zella | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 126 | Gamez | Florinda | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |

| | | | | |
|---|---|---|---|---|
| 127 | Houdersheldt | John | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 128 | Hunter | Ronda | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 129 | Jackson | Jamie | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 130 | Keller | Jennifer | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 131 | Martin | Kina | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 132 | Nelson | Trent | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 133 | Neville | Marcel | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 134 | Nevins | Carrie | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 135 | Ross | Lashondra | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 136 | Zarate | Johnny | Dillabough, et al v. General Motors, LLC | 1:16-CV-01944 |
| 137 | Harper | Brittany | Harper, et al v. General Motors, LLC | 17:cv-05068 |
| 138 | Hinton | Jonathan | Harper, et al v. General Motors, LLC | 17:cv-05068 |
| 139 | Nicholas | Cassandra | Harper, et al v. General Motors, LLC | 17:cv-05068 |
| 140 | Riddle | Emily | Harper, et al v. General Motors, LLC | 17:cv-05068 |
| 141 | Cutchens | Alissa | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 142 | Foster | Myron | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 143 | Hearn | Shelia | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 144 | Hicks | Sharon | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 145 | Holmes | Sheila | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 146 | Powers | Jerry | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 147 | Ross | Irene | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 148 | Sabra | Omar | Hearn, et al v. General Motors, LLC | 1:16-CV-02047 |
| 149 | Howell | Mark | Howell, et al v. General Motors, LLC | 17-cv-09046 |
| 150 | Wyatt | Eric | Howell, et al v. General Motors, LLC | 17-cv-09046 |
| 151 | McGeeney | Joseph | Joseph McGeeney v. General Motors, LLC | 1:16-cv-05815 |
| 152 | Baker | Onedia | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 153 | Banks | Odis | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 154 | Burgess | Amber | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 155 | Currie | Aquila | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 156 | Garcia | Miguel | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 157 | Jackson | Eferm | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 158 | Jones | Jonathan | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 159 | Kargbo | Bashiru | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 160 | McBride | Cheryl | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 161 | Nelson | Frank | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 162 | Scarborough | Berniece | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 163 | Smith | Michael | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 164 | Stanley | Jason | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 165 | Stebleton | Matthew | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 166 | Stevens | Brandon | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 167 | Taylor | Dwaine | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 168 | Whaley | Kimberly | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 169 | Williamson | Rudy | Kats, et al v. General Motors, LLC | 1:16-cv-05491 |
| 170 | Gillim | Terry | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |

| | | | | |
|---|---|---|---|---|
| 171 | Gossett | Danny | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 172 | Gossett | Eliza | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 173 | Kinnie | Kiari | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 174 | Meadows | Stephen | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 175 | Pratt | Shirley | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 176 | Riley | Lennie | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 177 | Salter | Elven | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 178 | Tallie | Romar | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 179 | Washington | Lanobuyuki | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 180 | Wyatt | Keleigh | Maresca, et al v. General Motors, LLC | 1:15-CV-03702 |
| 181 | Marshall | Vonsha | Marshall v. General Motors, LLC | 1:18-cv-03195-JMF |
| 182 | Barton | Jackie | O'Quinn, et al v. General Motors, LLC | 1:16-cv-08229 |
| 183 | Kane | Shawn | O'Quinn, et al v. General Motors, LLC | 1:16-cv-08229 |
| 184 | O'Quinn | Julia | O'Quinn, et al v. General Motors, LLC | 1:16-cv-08229 |